IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER JOHN SMITH,          :
                                 :
                 Plaintiff,      :
                                 :
        v.                       :        No. 7:25-cv-00047-WLS-ALS
                                 :
THOMAS COUNTY, *et al.*,         :
                                 :
                 Defendants.     :

---

## ORDER

*Pro se* Plaintiff Christopher John Smith filed a 42 U.S.C. § 1983 complaint while a

pretrial detainee in the Thomas County Jail in Thomasville, Georgia. ECF No. 1. Plaintiff

also requested leave to proceed *in forma pauperis*. ECF No. 2. On May 27, 2025, the Court

granted Plaintiff's motion to proceed *in forma pauperis* and ordered Plaintiff to pay an

initial partial filing fee of $32.88. ECF No. 6. Plaintiff was given fourteen days to pay the

fee. *Id*. He was informed that failure to comply with an order of the court may result in

dismissal of his complaint. *Id*. Plaintiff did not pay the fee.

On June 11, 2025, Plaintiff filed a change of address indicating that he had been

transferred to the Walton County Jail in Defuniak Springs, Florida. ECF No. 7. The Clerk

of Court then immediately mailed the Court's order to pay the initial partial filing fee (ECF

No. 6) to Plaintiff at his new address. Plaintiff did not respond.

Therefore, on July 9, 2025, which was one month after forwarding the Court's order

to Plaintiff at his new address, the Court notified Plaintiff that it had not received a response

from him. ECF No. 8. The Court ordered Plaintiff to show cause why this action should

not be dismissed for failure to comply with this Court's order. *Id.* The Court again informed Plaintiff that his action could be dismissed if he failed to pay the filing fee or otherwise respond to the order to show cause. *Id.* Plaintiff failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)). Because Plaintiff's civil action is being dismissed for failure to obey the Court's orders, Plaintiff's motion for summary judgment (ECF No. 4) is **DENIED WITHOUT PREJUDICE**, as moot.

**SO ORDERED**, this _8th_ day of August, 2025.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT

2