IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER JOHN SMITH,                    *

                Plaintiff,                    *

v.                                                                      Case No. 7:25-cv-47 (WLS-ALS)

                               *

THOMAS COUNTY, et al.,                         

                               *

                Defendants.                    *
_____          *

## J U D G M E N T

       Pursuant to this Court's Order dated August 8, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

       This 8th day of August, 2025.

                              David W. Bunt, Clerk

                              s/ Katie Logsdon, Deputy Clerk